# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JAMES A. MILLER** | : | **CIVIL ACTION NUMBER** |
| **VERSUS** | : | **06-1444** |
| **STATE FARM FIRE & CASUALTY CO., ET AL.** | : | **JUDGE MINALDI** <br> **MAGISTRATE JUDGE WILSON** |

## ORDER

Before the court is plaintiff's motion to remand. One of the issues raised by the motion is whether plaintiff has any reasonable possibility of recovery against the non-diverse defendant(s). The Fifth Circuit has noted that, "[s]ummary judgment will always be appropriate in favor of a defendant against whom there is no possibility of recovery." *Carriere v. Sears, Roebuck & Co.*, 893 F.2d 98, 102 (5th Cir. 1990).

Accordingly, parties are hereby notified that if, *and only if*, we find that plaintiff has no reasonable possibility of recovery against the non-diverse defendant(s), then we will also enter summary judgment *sua sponte* in favor of said defendant(s). On, or before October 10, 2006, the parties may submit any additional briefs and/or competent summary judgment evidence as to this issue.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on September 27, 2006.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE