RECEIVED
IN LAKE CHARLES, LA

APR - 2 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JAMES A. MILLER | : | DOCKET NO. 2:06 CV 1444 |
| VS. | : | JUDGE MINALDI |
| STATE FARM FIRE & CASUALTY COMPANY, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that Plaintiff's motion to remand be granted and that this matter be remanded to the 38th Judicial District Court for Cameron Parish, Louisiana, for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 2 day of April, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE